Name and address:
Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY J. BAKER,<br><br>                              Plaintiff(s)<br>v.<br>NELSON & KENNARD,<br><br>                              Defendant(s). | CASE NUMBER<br>2:19-cv-01479<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Volheim, Nathan C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(630) 575-8181
*Telephone Number*

(630) 575-8188
*Fax Number*

nvolheim@sulaimanlaw.com
*E-Mail Address*

of

Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Beverly J. Baker

*Name(s) of Party(ies) Represented*     [x] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: _____

and designating as Local Counsel

Wajda, Nicholas M.
*Designee's Name (Last Name, First Name & Middle Initial)*

259178
*Designee's Cal. Bar No.*

(310) 997-0471
*Telephone Number*

(866) 286-8433
*Fax Number*

nick@wajdalawgroup.com
*E-Mail Address*

of

Wajda Law Group, APC
11400 Olympic Boulevard, Suite 200M
Los Angeles, CA 90064
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.

[x] DENIED:  [ ] for failure to pay the required fee.

   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

   [ ] for failure to complete Application: _____

   [x] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [x] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.

   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  [ ] be refunded  [ ] not be refunded.

Dated  March 01, 2019

                                                                    *U.S. District Judge/U.S. Magistrate Judge*

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1