ERIC D. COLEMAN
ecoleman@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY J. BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NELSON and KENNARD,<br><br>　　　　Defendant. | Case No. 2:19-cv-01479-PA-PLA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

　　NOW COMES the Plaintiff, BEVERLY J. BAKER (Plaintiff''), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

　　Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, FIRSTSOURCE ADVANTAGE, LLC, with prejudice. Each party to bear its own costs and attorney fees.

Respectfully submitted this 23rd day of May 2019.

                                                                       s/ Eric D. Coleman
Eric D. Coleman
*Admitted Pro Hac Vice*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
ecoleman@sulaimanlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                                      *s/ Eric D. Coleman*
Eric D. Coleman