# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY J. BAKER<br><br>Plaintiff(s),<br><br>v.<br><br>NELSON AND KENNARD<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–01479–PA–PLA<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    5/23/2019

Document Number(s):    20

Title of Document(s):    Notice of Voluntary Dismissal

**ERROR(S) WITH DOCUMENT:**

Notice is seeking to dismiss a party not associated with this case.

Other:

**Note:**    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: May 24, 2019          By:  /s/ *Margo Mead  margo_mead@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS